William KLEINICKE, Appellant

v.

The PENNSYLVANIA DEPARTMENT
OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Feb. 21, 2006.

## ORDER

PER CURIAM.

AND NOW, this 21st day of February, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.

Justice BALDWIN did not participate in the consideration or decision of this case.